02-11-323-CV












 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO.
02-11-00323-CV

 

 


 
 
 Chandler Knowles CPAS, PLLC
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Larry O'Hara
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 153rd District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Joint Motion To Dismiss
Appeal.”  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R.
App. P. 42.1(a)(2), 43.2(f).

         Costs
of the appeal shall be paid by appellant, for which let execution issue.  See
Tex. R. App. P. 42.1(d).

 

                                                                            
PER CURIAM

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED:
 November 23, 2011














[1]See Tex. R. App. P. 47.4.